

# THE THIRTEENTH COURT OF APPEALS

13-24-00583-CV

DOLGENCORP OF TEXAS, INC.
v.
JOHN VICTOR CASTILLO

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Court Cause No. 2018-CCV-61618-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment should be vacated, and the appeal should be dismissed. The Court orders the judgment VACATED and the appeal DISMISSED, in accordance with its opinion. Each party shall bear their own costs relating to this appeal. Furthermore, Atlantic Special Insurance Company, the surety on the supersedeas bond is RELEASED and discharged from their obligations under the supersedeas bond.

We further order this decision certified below for observance.

August 29, 2025